BEFORE THE SECOND DIVISION, JULY 27, 1942

No. 47419.—Protests 862535–G, etc., of Edgar Allen Steel Co. et al. (New York).

Opinion by DALLINGER, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, JULY 27, 1942

No. 47420.—Protest 989463–G of Schenley Import Corp. (New York).

Opinion by EKWALL, J   On the effective date of the Cuban Trade Agreement (September 3, 1934) the only tax required by the federal laws on such merchandise as that involved was $2 per proof gallon under the Liquor Taxing Act of 1934 (48 Stat. 313), which tax remained in effect until passage of the Revenue Act of 1938, *supra*.   In accordance with stipulation of counsel that the merchandise was imported and entered for warehouse July 1, 1938 and entirely withdrawn on or before July 11, 1938, and following *Rathjen* v. *United States* (9 Cust. Ct. 50, C. D. 659) it was held that the tax assessable is $2 per proof gallon, as claimed.   The protest was therefore sustained to that extent.

BEFORE THE SECOND DIVISION, JULY 30, 1942

No. 47421.—Protest 68506–K of I. Magnin & Co., Inc. (New York).

Opinion by TILSON, J.   In accordance with agreement of counsel and on the authority of Abstract 46985 the claim at 60 percent under paragraph 1209 was sustained.

No. 47422.—Protests 862178–G, etc., of Club Life Sportswear, Inc. (New York).

Opinion by TILSON, J.   In accordance with stipulation of counsel that the mufflers in question are hemmed and are of the same character as those the subject of Abstract 45938 the claim at 60 percent under paragraph 1209 was sustained.